

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ARIEL LICHTERMAN<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3520<br>Fax: (212) 356-3509<br>Email: alichter@law.nyc.gov |

May 20, 2016

BY ECF
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>     Re: Chindozie Chinweuba v. City of New York, et al.,
>         14 CV 4301 (MKB) (RML)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for Defendant City of New York ("City"). I write to provide the Court with the status of Plaintiff's criminal prosecution which directly relates to the underlying action.

Upon information and belief, Plaintiff recently pled guilty to robbery in the first degree in Kings County Supreme Court under Indictment No. 3545-2014. We understand that Plaintiff has not yet been sentenced and is next scheduled to appear in court on June 21, 2016.

As Your Honor is aware, this case has been stayed since August 2014, pending the resolution of Plaintiff's underlying criminal matter. (*See* Docket Entries dated 8/6/14 & 8/11/14). Because Plaintiff has now pled guilty, Defendant City respectfully requests that the stay be lifted. Thank you for your consideration herein.

Respectfully submitted,

/s/
Ariel Lichterman
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: Afsaan Saleem, Esq. (By ECF)
    Amy Rameau, Esq.
    The Rameau Law Firm
    16 Court Street, Suite 3604
    Brooklyn, New York 11241